

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSBIA MOORE | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>1:25CR347<br>Judge Matthew F. Kennelly<br>Magistrate Judge Laura K. McNally<br>Cat 4 Random Assignment |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about May 19, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

OSBIA MOORE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Reflex 9mm semi-automatic pistol, bearing serial number CCW0035094, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

# **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Reflex 9mm semi-automatic pistol, bearing serial number CCW0035094.

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY