**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25CR347 |
| v. | ) | |
| | ) | **Judge Matthew F. Kennelly** |
| **OSBIA MOORE**, | ) | *Honorable Presiding Judge* |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

The following is submitted on behalf of Osbia Moore for this Court's consideration of a sentence that is sufficient but not greater than necessary in this case in light of the 3553(a) factors. There is no disagreement with the calculation of the advisory sentencing guidelines as determined by Probation in its pre-sentence report (PSR). His total offense level is 19, his criminal history category is VI, and the guideline imprisonment range is 63-78 months.

### NATURE AND CIRCUMSTANCES OF THE OFFENSE

The facts of this case are uncontroverted. On May 19, 2025, Osbia Moore was stopped by Chicago Police officers for a minor traffic offense. He was asked to step out of the car, which he did. A gun was found on the seat when he got out. It was a 9mm pistol. Osbia had a prior felony conviction. He was arrested and charged with felony gun charges under state law. He has been in custody since his arrest.

The state charges were subsequently dismissed after he was indicted federally for violation of 18 U.S.C. § 922(g)(1). It should be noted that Osbia carried the gun for his own protection. He did not fire or threaten anyone with the gun. He cooperated with the police. The gun did not have an extended magazine, and there was no conversion device attached to it.

After serving a long sentence, he regained his freedom about one year prior to his arrest. He was traveling through the Rosemont area, which he considered dangerous, and because he did not know the area well due to his absence, he had the gun for defensive purposes in case something were to happen. On January 7, 2026, he pleaded guilty. Sentencing is set for April 8, 2026, before this Honorable Court. He realizes his mistake, knows there are consequences, and accepts responsibility for his actions.

**HISTORY AND CHARACTERISTICS OF DEFENDANT**

It is not surprising that Osbia would get into trouble with the law because of his upbringing. He was raised in a broken home mainly by his mother. When he was born, his father was in prison and on death row. He never knew his father or had any relationship with him. Osbia grew up in the Roseland neighborhood. His mother was verbally and physically abused by her boyfriend. At 13, he turned to the streets and associated with "negative peers." He envied them for their possessions and lifestyles. He started getting into trouble. He dropped out of high school after 10th grade. He reported that his mother physically and emotionally abused him. His mother struggled with mental illness. He was sexually abused by his mother on two occasions.

Osbia is now 37 years old. He was paroled on his last case on May 29, 2024. He was out of custody until his arrest on this case nearly one year later. During that time, he worked for a moving company and as a house cleaner for his brother's business. He also worked for Phalanx Family Services as part of a training program where he completed carpentry and construction tasks. He was working to obtain a commercial driver's license (CDL) to pursue a career as a truck driver. Additionally, he earned a forklift operator's certification and an OSHA card. He has started steps to acquire a real estate license. Significantly, for someone with limited job prospects due to his criminal record, he is actively taking steps to improve himself and become employable. He

maintains positive relationships with his family and stays in weekly contact with his sister, nieces, and nephews. His family supports him and is proud of what he accomplished during his time on state parole before this arrest. He is in a romantic relationship with Tenha Robinson and acts as the primary father figure for her three children. His half-sister, Essie Moore, says they are very close; she recalls he was raised in a tough neighborhood with a lot of domestic violence between their stepfather and mother. She feels he was "different" during his last parole, working hard and seeking better opportunities, and believes he was just trying to protect himself when he had the gun (PSR, page 17). Osbia believes his future is "bright and happy"; he has a good woman who loves him, and he wants to give her children the father he never had and "protect them from negative men" (PSR, page 19).

## CRIMINAL HISTORY OVERSTATED

Osbia's criminal history category is VI, based on 17 points. Many of these points result from old convictions. He is 37 years old now. He received 3 points for a PSMV case when he was 17, 3 points for a burglary at 19, another 3 points for an aggravated battery at 19, and 3 points for an aggravated battery at 20. Therefore, 12 of his 17 criminal history points are from offenses that occurred 17 to 20 years ago. Even his most recent convictions, which add 5 points, are for offenses that happened 9 years ago. While his lengthy history of incarceration is evident, the age of these offenses should be taken into account when determining the appropriate sentence in this case, and should not necessarily outweigh the conduct involved, which is simple possession of a firearm.

## LETTERS AND CERTIFICATES

Essie Moore has spoken on behalf of her brother, saying he is sensitive, kind, honest, and caring. She describes their upbringing as tough; they were welfare babies, trying to find ways to survive. He played the role of her protector and confidant as they grew up. They have been close

for 36 years. She is a single mother of a teenage son, and Osbia's physical presence will be vital in his life. Since his release, she has helped him start work in the trucking industry. She will support him while he's in prison and won't hesitate to welcome him back to her home in Georgia when he is released (*See* **Exhibit A**).

Sandrea Felder, his sister, describes him as a good person who's trying to get his life together. He's a great listener and very understanding. He went to Prairie State College to obtain his forklifting license and is working to do right. She respects and cares deeply for him (*See* **Exhibit B**).

The following certificates are attached: Forklift Operator (*See* **Exhibits C and D**); OSHA Certification (*See* **Exhibit E**); Prentice Sober Living, 75-hour Residential Services Program (*See* **Exhibit F**). While in IDOC, Osbia completed a program in Cognitive Behavioral Therapy. While in pre-trial custody at the MCC, he has requested and is on the waiting list for parenting classes, anger management, Critical Thinking, N-RDAP class, Conflict Management, Financial Health, and Centering Prayer.

In conclusion, the Defendant requests a sentence below the guidelines based on the nature and circumstances of this offense, which is a non-violent crime involving gun possession. Osbia has a long criminal history, but most of it is from a long time ago. He was on a successful path of re-entry after being released on parole in May 2024, during which he found employment, obtained certifications, and reconnected with his family for over a year. He takes responsibility for his actions, has plans moving forward, and a support system in place.

Respectfully submitted,

Gary W. Adair
900 W. Jackson Blvd., Suite 6-East
Chicago, Illinois 6060
(312) 738-1100
garywadair@gmail.com

*/s/ Gary W. Adair*
Gary W. Adair
Attorney for Defendant

# EXHIBIT A

1/21/2026

Essie Moore
Cartersville, Ga 30120

Dear Honorable Judge,

My name is Essie Moore, and I am writing respectfully request that my brother, Osbia Moore, be granted release

Osbia is two years older than I am, and while we were growing up, he played the role of protector and confidant. He is sensitive, kind, honest and caring. I can't have imagined a better sibling growing up. We were close since birth and still is 36 years later. He's my heart.

Living life as an adult has been tough without him. Especially now that I'm a single mother of a teen boy. It truly takes a village with raising children and I know the physical presence of my brother will be crucial in his nephew's life.

Sadly, Osbia got into trouble at a young age, and was ultimately arrested, tried, and sent to prison. Growing up on the south side of Chicago as a young man is already tough and having bad influences played a major role. Life wasn't always easy for us being welfare babies and trying to make a way for ourselves. My brother was always a peaceful man when it came to his family and loved ones.

Perhaps due in part to my brother's influence, I've pursued entrepreneurship full time. These are conversations we had for years. He's looking forward to starting his trucking business as I've already helped him with getting started. He's excited to start this new journey and I'm even more excited to support all his future endeavors. If Osbia is granted release, I will not hesitate to welcome him into my home, including building a relationship with his nephew. I have no doubt that he's on the right path and will do amazing in the world.

Sincerely,
Essie Moore

# EXHIBIT B

My name is Sandrea Felder. I am speaking on behalf of my twin. In the two years I've known him, he Is a good person, who's trying to get his life together. He has been a tremendous listener and a more understanding person. In addition to his accomplishments he has attended Prairie State College where he obtained his forklifting license in March 2005. He's a good mentor/brother to my kids. Osbia isn't a smoker or a drinker. He's trying to live right. I respect and care deeply for him as a sister.

SIGN

# EXHIBIT C

Case: 1:25-cr-00347 Document #: 37 Filed: 03/24/26 Page 10 of 16 PageID #:138



# Vocational Certificate of Completion

In recognition of completion
of the Prairie State College
Forklift/Reach Truck/Walkie Operator Training program
40 Hours

## Osbia D. Moore

is presented with this vocational certificate.

Date of Completion: March 3, 2025

# EXHIBIT D

Case: 1:25-cr-00347 Document #: 37 Filed: 03/24/26 Page 12 of 16 PageID #:140



# OSHA
## 10 HOUR CERTIFICATION

THIS ACKNOWLEDGES THAT

## Osbia Moore

HAS SUCCESSFULLY COMPLETED THE

OSHA 10 HOUR TRAINING PROGRAM Certification Number: 24-9010129423

9/30/2024

Quinshaun Herron

OSHA 10 Hour Instructor



**LWSC**
LATINO WORKER SAFETY CENTER
OSHA Compliant Safety Training

# EXHIBIT E

Case: 1:25-cr-00347 Document #: 37 Filed: 03/24/26 Page 14 of 16 PageID #:142

#R57159

# Certificate of Completion

THIS ACKNOWLEDGES THAT

## Osbia Moore

HAS SUCCESSFULLY COMPLETED A

CURRICULUM OF LEVEL III.I CLINICALLY MANAGED LOW INTENSITY

RESIDENTIAL SERVICES 75 HOURS

AT

PRENTICE PLACE SOBER LIVING

GINA POWELL, CRADC PROGRAM DIRECTOR

09/19/2024

# EXHIBIT F



State College

**Spring Semester 2025**

Dear Sir or Madam:

This is a letter of recommendation for Osbia D. Moore. This Operator completed the 40-hour Forklift Operator Training at Prairie State College in March 2025. This 40-hr course included a written certification exam, hands-on training, classroom instruction, and the OSHA 10-hr General Industry Safety Training course. The training program satisfied the requirements to be an OSHA-certified operator on the following equipment: Sit-Down Forklift, Narrow Aisle Reach Truck, Electric Walkie and the Order Picker. This operator satisfactorily completed and passed this training program. Osbia displayed a very good work ethic during the training.

Regards,

Bradley Schmidt
Manager, Workforce and Community Partnerships - Workforce Trades
(708) 709-7711